**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| M. ELIZABETH BRODERICK, #07018-112, | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | 3:08-CV-1720-D |
| W. ELAINE CHAPMAN, | ) ) | |
| Respondent. | ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the findings, conclusions, and recommendation of the magistrate judge, and petitioner's objections, the court concludes that the findings and conclusions that support the recommendation that the petition be dismissed without prejudice for failure to exhaust administrative remedies are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted to that extent, and this petition is dismissed without prejudice for failure to exhaust administrative remedies.

**SO ORDERED**.

April 29, 2009.

SIDNEY A. FITZWATER
CHIEF JUDGE